JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LITTLEVOICE,<br><br>  Plaintiff,<br><br>  v.<br><br>CONOCO PHILLIPS COMPANY; GE ENERGY AND INDUSTRIES SERVICES, INC.; CHICAGO BRIDGE & IRON COMPANY; and DOES 1 through 100, Inclusive,<br><br>  Defendants. | Case No: CV08-03332 VBF (MANx)<br><br>**ORDER RE: DISMISSAL OF ACTION** |

O R D E R

THE PARTIES HAVE STIPULATED AND AGREED AND THEREFORE THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED IN ITS ENTIRETY.

DATED THIS 22ND DAY OF  JANUARY , 2009

*Valerie Baker Fairbank*
_____
THE HONORABLE VALERIE BAKER FAIRBANK

C:\Tmp\Domino Web Access\Order-Dismissal.wpd

-1-
**ORDER**